2:11-cv-01416-RCM

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHARLES HALL,                                      CIVIL DIVISION

      Plaintiff,                                   Docket No. : 2:11-cv-01416-RCM

vs.

NATIONWIDE MUTUAL INSURANCE
COMPANY,

      Defendant.

**NOTICE TO ATTEND: DANIEL STOUT**

TO:   Daniel Stout

      c/o   Peter B. Skeel, Esquire
           Summers McDonnell, Hudock, Guthrie & Skeel, LLP
           The Gulf Tower
           707 Grant Street, Suite 2400
           Pittsburgh, Pennsylvania 15219

           Daniel L. Rivetti, Esquire
           Robb Leonard Mulvihill LLP
           BNY Mellon Center
           500 Grant Street, 23rd Floor
           Pittsburgh, Pennsylvania 15219

      YOU ARE HEREBY DIRECTED to come to the courtroom of Robert C. Mitchell, United States Courthouse, 700 Grant Street, 9th Floor, Courtroom 9B, Pittsburgh, Pennsylvania 15219 on December 10, 2012 at 9:00 a.m. to testify on behalf of the plaintiff, Charles Hall, in the above-captioned case and to remain in attendance until excused.

      If you fail to attend, you may be subject to the sanctions authorized by the Federal Rules Procedure.

2:11-cv-01416-RCM

Respectfully submitted,

*s/Peter D. Friday, Esquire*
Peter D. Friday, Esquire
Pa I.D. # 48746
Attorney for Plaintiff

Friday & Cox LLC
1405 McFarland Road
Pittsburgh, Pennsylvania 15216
(412)561-4290

2:11-cv-01416-RCM

## CERTIFICATE OF SERVICE

I, Peter D. Friday, Esquire, do hereby certify that on November 20, 2012 I have served a true and correct copy of the within Notice to Attend: Daniel Stout by CM/ECF on the following:

Peter B. Skeel, Esquire
Summers McDonnell, Hudock, Guthrie & Skeel, LLP
The Gulf Tower
707 Grant Street, Suite 2400
Pittsburgh, Pennsylvania 15219

Daniel L. Rivetti, Esquire
Robb Leonard Mulvihill LLP
BNY Mellon Center
500 Grant Street, 23rd Floor
Pittsburgh, Pennsylvania 15219

*s/Peter D. Friday, Esquire*
Peter D. Friday, Esquire
Pa I.D. # 48746
Attorney for Plaintiff

Friday & Cox LLC
1405 McFarland Road
Pittsburgh, Pennsylvania 15216
(412)561-4290